Plaintiff's Name MARVIN HARRIS

Prisoner No. 2416404 - C-module - cell-1

Institution CONTRA COSTA COUNTY DETENTION

Facility 117. 901 Court Street

MARTINEZ, CA 94553

**FILED**

JAN 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Marvin Harris

_(Enter your full name)_

v.

ms. Lashelle Sortor,
mr. Sortor, T. Harris
Sheriff John Doe,
Jailer Contra Costa County Detention Facility 117.
JOHN DOE G

_(Enter the full name(s) of all defendants in this action)_

Case No._____

_(Provided by the Clerk upon filing)_

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I.  Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward.
The court will dismiss any unexhausted claims.*

**A.** Place of present confinement CONTRA COSTA COUNTY DETENTION Facility 1117.

**B.** Is there a grievance procedure in this institution?   ☒ YES        ☐ NO

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES        ☐ NO

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each
level of review. If you did not pursue any available level of appeal, explain why.

1.    Informal appeal: deny _____

_____

2.    First formal level: deny _____

_____

3.    Second formal level: _deny_

_____

_____

4.    Third formal level: _deny_

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?
    ☑ **YES**            ☐ **NO**

F.  If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

_____

_____

_____

B.  For each defendant, provide full name, official position and place of employment.

_____

_____

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_On    2024  And 2025 defendant_

_____

_they Are Falsifies Tablet document records_
_make False statement Relating To MARVIN Harris_

Tablet Tell me, I been call defendants , which is false statement. I never call call defendant. Defendant keep Tell Teewee, Harris your Friend that Marvin Harris keep call your phone number. That False statement.

Every Person who, while taking and subscribing To The oath or affirmation required by This chapter, states As true any material matter which he or she knows To be false, is guilty of perjury, and is punishable by imprisonment pursuant to subdivision (h) of section 1170 of the Penal code for two, Three, or Four years.

Accordance To Assembly Bill 109 section 1368 of the government code.

All defendant got to do Tell G

To Removal defendant name from tablet. But And Are Talk About Shot Teewee Harris because Marvin Harris keep call defendant phone number. Plaintiff only being Trying To get defendant and Teewee Harris Tell the Sheriff Jailer To Remove defendant name from Tablet, why defendant must talk To Sheriff Jailer, that defendant Agree To put defendant name on Tablet defendant must Tell Jailer. To Removal defendant name off TABLET.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I want A Jury Trial demand And damages 95,000.00 For All day I was harm injury by False statement Ms. ___, Mr. ___,

Any Relief This court Fine occur. / ___ False statement ___

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _November 26, 2025_ _____
Date                              Signature of Plaintiff

Proof OF S

Case Name

Court Number

I declare MARVIN HARRIS
    I am a resident OF CONTRA COSTA COUNTY DETENTION Facility-1
901 COURT street MARTINEZ, CALIFORNIA. I am over the age OF
18 years. My residence address is: 901 court street C-module-cell-1

On November 26, 2025, I served the attached 42 U.S.C. 1983
civil Right complaint.
                in said case by Placing a true copy thereof
enclosed in a sealed envelope with Postage thereon Fully
in the UNited States mail at addressed as follows:
    Te list HAcAll
LAshelle Sorter PHONE
    Mr. Sorter

X
I declare under penalty of perJury under the Laws OF the
state of California that the foregoint Is true and
correct, And that this declaration was executed on the
date of November 26, 2025. at MARTINEZ California.
                    [signature]
                    HARRIS MARVIN
                    Pro se